JOSEPH ALTER
1412 Olderbury Pl
Westlake Village, CA  91361
joealterinc@gmail.com
Tel:  (310) 751-4927
Fax:  none

Plaintiff/Counterdefendant *pro se*

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALTER,<br><br>　　　　Plaintiff/<br>　　　　Counterdefendant,<br><br>v.<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　Defendant/<br>　　　　Counterclaimant. | Case No.:  11-CV-08277-PA<br><br>**COUNTERDEFENDANT ALTER'S ANSWER TO COUNTERCLAIMS** |

   Counterdefendant Joseph Alter (hereafter "ALTER") answers the Counterclaimant's counterclaim as follows:

   1. ALTER admits the allegations of paragraphs 1, 2, 3, 4, 5 and 7 of the counterclaim.

2. ALTER denies the allegations of paragraphs 8, 9, 10.

3. With respect to the allegations paragraph 6 of the counterclaim, ALTER admits the counterclaim is for the relief so requested but denies that the counterclaimant is entitled to the relief stated therein.

Dated: January 24, 2012

Respectfully submitted,

_____
Joseph Alter
Plaintiff and Counterdefendant *pro se*

ANSWER TO COUNTERCLAIMS – Page 2

## CERTIFICATE OF SERVICE

I, Joseph Alter, certify that a copy of the foregoing was served by U.S. Mail and by electronic mail upon the Defendant/Counterclaimant's attorneys of record on December 22, 2011.

I faxed it to the pro-se intake as well, but evidently that's not allowed, sorry for the delay!

_____
Joseph Alter