Joseph Alter, *pro se*
1412 Olderbury Place
Westlake Village, CA 91361
Telephone: (310) 751-4927
Facsimile: n/a

In Pro Per for Plaintiff/Counter-Defendant
JOSEPH ALTER

Stephen G. Larson (SBN 145225)
Robert C. O'Brien (SBN 154372)
Craig A. Gelfound (SBN 176378)
ARENT FOX LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile (213) 213-629-7401

Attorneys for Defendant
THE WALT DISNEY COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALTER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　　　　Defendant.<br><br>―――――――――――――<br><br>THE WALT DISNEY COMPANY,<br><br>　　　　　　　Counter-claimant,<br><br>vs.<br><br>JOSEPH ALTER,<br><br>　　　　　　　Counter-defendant. | Case No. CV 11-08277 PA (CWx)<br><br>Hon. Percy Anderson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WALT DISNEY COMPANY** |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WALT DISNEY COMPANY

All matters in dispute between the parties to the above entitled cause having been satisfactorily compromised and settled :

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, JOSEPH ALTER ("ALTER") and defendant THE WALT DISNEY COMPANY ("TWDC"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that (i) all claims by ALTER against TWDC in this action be, and upon approval are, dismissed WITH PREJUDICE and (ii) all counterclaims by TWDC against ALTER in this action be, and upon approval are, dismissed as moot, with each party to bear its own costs, expenses and attorney fees.

Dated: February 10, 2012

ARENT FOX LLP
STEPHEN G. LARSON

By: _____
Stephen G. Larson
Attorney for Defendant/Counter-Claimant
THE WALT DISNEY COMPANY

Dated:  February 10, 2012

JOSEPH ALTER
*Pro Se*

By: _____
Joseph Alter
In Pro Per for Plaintiff/Counter-Defendant
JOSEPH ALTER