Joseph Alter, *pro se*  
1412 Olderbury Place  
Westlake Village, CA 91361  
Telephone: (310) 751-4927  
Facsimile:  n/a  

**JS-6**

Pro Per for Plaintiff/Counter-Defendant  
JOSEPH ALTER  

Stephen G. Larson (SBN 145225)  
Robert C. O'Brien (SBN 154372)  
Craig A. Gelfound (SBN 176378)  
ARENT FOX LLP  
555 West Fifth Street  
48th Floor  
Los Angeles, CA 90013  
Telephone: (213) 629-7400  
Facsimile (213) 213-629-7401  

Attorneys for Defendant/Counter-Claimant  
THE WALT DISNEY COMPANY  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALTER,<br><br>          Plaintiff,<br><br>   vs.<br><br>THE WALT DISNEY COMPANY,<br><br>          Defendant.<br>_____<br><br>THE WALT DISNEY COMPANY,<br><br>          Counter-Claimant,<br>   vs.<br><br>JOSEPH ALTER,<br><br>          Counter-Defendant. | Case No.  CV 11-08277 PA (CWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE WALT DISNEY COMPANY**<br><br>NOTE: CHANGES MADE BY THE COURT |

The Court having reviewed the Stipulation of Dismissal with Prejudice as to Defendant The Walt Disney Company,

**IT IS ORDERED** that

1) All the claims by Plaintiff Joseph Alter against The Walt Disney Company in this action are **DISMISSED WITH PREJUDICE**;

2) All counterclaims by The Walt Disney Company against Joseph Alter in this action are **DISMISSED AS MOOT**;

3) The hearing set for February 13, 2012, is hereby **VACATED**;

4) Each party is to bear their own costs, expenses, and attorney's fees; and

5) ~~The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement~~.

Dated: February 10, 2012          By: _____
                                  United States District Judge
                                  Percy Anderson

LA/569415.1